## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

JULIA WOOD

                                Plaintiff

    vs.                                                                   **CASE NUMBER: 5:09-CV-640**
                                                                                                            **(GTS/GHL)**

MAGUIRE AUTOMOTIVE LLC, and
VOLVO CARS OF NORTH AMERICA, LLC

                                Defendants
_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant Maguire Automotive LLC's motion to dismiss for lack of subject-matter jurisdiction is GRANTED, Defendant Volvo Cars of North America, LLC's motion to dismiss for lack of subject-matter jurisdiction is GRANTED; and Plaintiff's Amended Complaint is DISMISSED without prejudice to refiling in state court within the applicable limitations period and tolling statute. Judgment is hereby entered in favor of the Defendants.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable United States District Judge Glenn T. Suddaby, dated the 26th day of September, 2011.


DATED: September 26, 2011

                                                           Clerk of Court


                                                         s/ Melissa Ennis
                                                         Melissa Ennis
                                                        Deputy Clerk